# MEMORANDUM DECISIONS

**ABENDROTH & ROOT MFG. CO.**, Appellant, v. W. S. FRAZIER & CO., Respondents. (Supreme Court, Appellate Division, First ·Department. May 29, 1913.) Action by the Abendroth & Root Manufacturing Company against W. S. Frazier & Co. J. Ewen, of New York City, for appellant. G. H. Mallory, of New York City, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 140 App. Div. 922, 125 N. Y. Supp. 293.

DOWLING, J., dissents.

---

**ABRAMS v. ABRAMS.** (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Amelia M. Abrams against Alexander Abrams. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 723.

---

**In re ALEXANDER.** (Supreme Court, Appellate Division, First Department. June 6, 1913.) In the matter of Louis Alexander. No opinion. Referred to official referee. Settle order on notice. See, also, 137 App. Div. 770, 122 N. Y. Supp. 479.

---

**ALEXANDER,** Respondent, v. THOMASCHECK, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Frank Alexander against Thomas Thomascheck. C. B. McLaughlin, of New York City, for appellant. J. Deyo, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with cost. Order filed.

CLARKE and DOWLING, JJ., dissent.

---

**ALLEN,** Respondent, v. BAILEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by G. Edgar Allen, as trustee in bankruptcy, etc., against Samuel E. Bailey and another. No opinion. Motion for leave to appeal to the Court of Appeals (from 141 N. Y. Supp. 1107) denied.

---

**ALLEN,** Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Bridget Allen against the Long Island Railroad Company.

PER CURIAM. Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict is excessive, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $5,000, in which case the judgment, as so modified, and the order, are unanimously affirmed, without costs.

**ALMIND,** Appellant, v. SEA BEACH RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Mary Clarissa Almind against the Sea Beach Railway Company. No opinion. Motion denied, without costs. See, also, 141 N. Y. Supp. 842.

---

**ALTHAUSE v. GUARANTY TRUST CO.** (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Walter Althause against the Guaranty Trust Company.

PER CURIAM. Motion granted, with $10 costs. Order filed. See, also, 78 Misc. Rep. 181, 137 N. Y. Supp. 945.

HOTCHKISS, J., not sitting.

---

**AMERICAN ICE CO.**, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by the American Ice Company against the City of New York and another. M. E. Kelley, of New York City, for appellant. T. Farley, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

---

**AMERICAN INSTITUTION FOR SCIENTIFIC RESEARCH v. RANDOLPH.** (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by the American Institution for Scientific Research against Chas. W. Randolph. No opinion. Application denied, with $10 costs. Order signed. See, also, 141 N. Y. Supp. 949.

---

**In re ANHUT.** (Supreme Court, Appellate Division, First Department. July 11, 1913.) In the matter of John N. Anhut. No opinion. Respondent disbarred. Settle order on notice.

---

**ANNABLE v. ASSOCIATED BUILDERS' CATALOGUE CO.** et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by George Alfred Annable against the Associated Builders' Catalogue Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

**ARMSTRONG,** Respondent, v. MINETTO–MERIDEN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by James D. Armstrong against the Minetto-Meriden Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held that the plaintiff was guilty of contributory negligence as matter of law.

KRUSE, P. J., dissents.